**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Jonathan M. Monk | COURT CASE NUMBER 04-1358-SLR |
| DEFENDANT Warden Rafael Williams & Pan Minor | TYPE OF PROCESS |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Attorney General for State of Delaware

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Carvel State Office Bldg 820 N. French St. Wilm, DE 1980[1]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan M. Monk
7 Coachlight Court
New Castle, DE 19720

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1301 E. 12th St.   /   P.O. Box 9561
Wilm, DE 19801   /   Wilm, DE 19809

Signature of Attorney or other Originator requesting service on behalf of:
Jonathan M. Monk
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (302) 328-5364
DATE 2/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk  BF | Date 3-1-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Keith Brady, 1st State Solicitor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 3/20/06    Time   am/pm

Signature of U.S. Marshal or Deputy   BF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REMARKS:

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)