# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN M. MONK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )  C. A. No. 04-1358-SLR |
| | ) |
| WARDEN RAFAEL WILLIAMS, and | ) |
| PAM MINOR, | ) |
| | ) |
|     Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Warden Raphael Williams and Pam Minor. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                          STATE OF DELAWARE
                                          DEPARTMENT OF JUSTICE

                                          /s/ Eileen Kelly
                                          Eileen Kelly, I.D. #2884
                                          Deputy Attorney General
                                          Carvel State Office Building
                                          820 North French Street, 6th Floor
                                          Wilmington, Delaware 19801
                                          (302) 577-8400
                                          eileen.kelly@state.de.us
Date: April 26, 2006                    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on April 26, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Jonathan M. Monk.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us