IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1358-SLR |
| | ) |
| WARDEN RAFAEL WILLIAMS and | ) |
| PAM MINOR, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of June, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **October 16, 2006.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **November 16, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **December 18, 2006.** Reply briefs shall be

filed on or before **January 2, 2007.**

                                                                                                    *[signature]*
                                                      United States District Judge