**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I, Eileen Kelly, Deputy Attorney General, hereby certify that on September 12, 2006, Defendants' First Set of Interrogatories Directed to Plaintiff and Defendants' Request for Production of Documents were delivered by United States mail, postage prepaid, first class to:

TO:   Jonathan M. Monk
      7 Coachlight Court
      New Castle, DE  19720

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/ Eileen Kelly
Eileen Kelly (I.D. 2884)
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated:  September 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed *Notice of Service of Discovery Materials* with the Clerk of Court using CM/ECF. I hereby certify that on September 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Jonathan M. Monk.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us