## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:   Jonathan M. Monk
      7 Coachlight Court
      New Castle, DE  19720

**PLEASE TAKE NOTICE** that the oral deposition of Jonathan M. Monk will be taken by Eileen Kelly, Deputy Attorney General, on Monday, October 16, 2006 at 10:00 a.m. The deposition will take place at the Department of Justice, Carvel State Building, 820 N. French Street, 6th Floor, Wilmington, DE  19801, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
DATED: October 4, 2006            eileen.kelly@state.de.us
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2006, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on October 4, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Jonathan M. Monk.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us