IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME FOR DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by the undersigned counsel, hereby move to enlarge time within which to complete discovery and in support thereof state as follows:

1.      Pursuant to this Court's Order dated June 19, 2006, the discovery deadline in this matter is October 16, 2006.  [D.I. 18].

2.      Pursuant to a telephone conversation, the parties agreed that Plaintiff's deposition would take place on October 16, 2006 at 10:00 a.m.  A Notice of Deposition to this effect was filed and served on October 4, 2006.  [D.I. 21].

3.      Plaintiff did not appear for his deposition on October 16, 2006 at 10:00 a.m.  He contacted undersigned counsel by telephone later that day and advised that he did not appear for his deposition because he had a conflicting appointment.  Plaintiff requested that his deposition be rescheduled.

4.      Defendants therefore request an extension of the discovery deadline to permit the deposition of Plaintiff.

5. An extension of the discovery deadline will also require an extension of the deadlines for summary judgment briefing.

6. There is no trial date in this case.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Enlarge Time for Discovery and enter an Order in the form attached hereto.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor.
                                            Wilmington, DE 19801
                                            eileen.kelly@state.de.us
                                            (302) 577-8400
                                            Attorney for Defendants

Dated: October 16, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. She spoke with Plaintiff Jonathan M. Monk concerning Defendants' Motion to Enlarge Time for Discovery. Plaintiff is *pro se.*

2. Plaintiff does not oppose Defendants' Motion.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
eileen.kelly@state.de.us
(302) 577-8400
Attorney for Defendants

Dated: October 16, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS SO ORDERED,** this _____day of _____, 2006, that Defendants' Motion to Enlarge Time for Discovery is hereby **GRANTED**, and

1. Discovery is due by November 16, 2006; and

2. Motions for Summary Judgment, with Opening Briefs, are due December 18, 2006, with Answering Briefs due January 18, 2007 and Reply Briefs due February 1, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 16, 2006, I electronically filed *Defendants' Motion to Enlarge Time for Discovery* with the Clerk of Court using CM/ECF. I hereby certify that on October 16, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Jonathan M. Monk.

    /s/ Eileen Kelly
    Deputy Attorney General
    Department of Justice
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    eileen.kelly@state.de.us