IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

TO:   Jonathan M. Monk
  7 Coachlight Court
  New Castle, DE  19720

**PLEASE TAKE NOTICE** that the oral deposition of Jonathan M. Monk will be taken by Eileen Kelly, Deputy Attorney General, on Wednesday, November 22, 2006 at 1:00 p.m. The deposition will take place at the Department of Justice, Carvel State Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801, and will be transcribed by a professional reporter.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
DATED: November 17, 2006    eileen.kelly@state.de.us
    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on November 17, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Jonathan M. Monk.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us