IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME**
**TO FILE SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by the undersigned counsel, hereby move to enlarge time within which to file their motion for summary judgment and in support thereof state as follows:

1. Pursuant to this Court's Order dated October 20, 2006, Defendants' summary judgment motion is due December 18, 2006.

2. Undersigned counsel has had difficulty in communicating with her client, Pam Minor. Further assistance is required of Ms. Minor to complete briefing, and Ms. Minor has not been responsive to inquiries.

3. In addition, because Plaintiff Jonathan Monk is no longer incarcerated, there has been some difficulty in locating his institutional file. His file is needed to complete summary judgment briefing.

4. Defendants are requesting additional time to file their summary judgment brief so that Ms. Minor's assistance can be secured and Plaintiff's file can be located. Defendants will be adversely impacted if they are required to file their motion for summary judgment on December

18, 2006.

5.   Defendants therefore request that the deadline for summary judgment motions be extended until January 18, 2007, with answering briefs due February 19, 2007 and reply briefs due March 5, 2007.

6.   Because there is no trial date set in this matter, the extension requested will not adversely impact the progress of this action.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Enlarge Time to File a Summary Judgment Motion.

                                                  **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                  /s/ Eileen Kelly
                                                  Eileen Kelly, I.D. No. 2884
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor.
                                                  Wilmington, DE 19801
                                                  eileen.kelly@state.de.us
                                                  (302) 577-8400
                                                  Attorney for Defendants

Dated:  December 15, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Due to the urgency of filing this Motion promptly, undersigned counsel has not had the opportunity to write to Plaintiff Jonathan M. Monk to determine whether he agrees to the extension requested herein.

2. Undersigned counsel therefore assumes that the Motion is opposed.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Eileen Kelly
                Eileen Kelly, I.D. No. 2884
                Deputy Attorney General
                Carvel State Office Building
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                eileen.kelly@state.de.us
                (302) 577-8400
                Attorney for Defendants

Dated: December 15, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED,** this _____day of _____, 2006, that Defendants' Motion to Enlarge Time to File a Summary Judgment Motion is hereby **GRANTED**, and

Motions for Summary Judgment, with Opening Briefs, are due January 18, 2007, with Answering Briefs due February 19, 2007 and Reply Briefs due March 5, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2006, I electronically filed *Defendants' Motion to Enlarge Time to File Summary Judgment Motion* with the Clerk of Court using CM/ECF.  I hereby certify that on December 15, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Jonathan M. Monk.

      /s/ Eileen Kelly
      Deputy Attorney General
      Department of Justice
      820 N. French St., 6th Floor
      Wilmington, DE 19801
      (302) 577-8400
      eileen.kelly@state.de.us