**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Warden Raphael Williams and Pam Minor ("Defendants"), by

and through the undersigned counsel, and hereby move this Honorable Court to enter an Order

granting their Motion for Summary Judgment on the grounds set forth in the accompanying

Memorandum of Points and Authorities.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated: January 12, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS SO ORDERED** this _____day of _____, _____ that:

Summary Judgment is entered in favor of Defendants Warden Raphael Williams and Pam Minor

("Defendants"), in their official and individual capacities, as to all claims.


_____

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF.  I hereby certify that on January 12, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Jonathan Monk.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us