# EXHIBIT A
# (con't 1)

Jonathan M. Monk

16

1  A.  Yes.
2  Q.  She only worked on Sunday?
3  A.  That's it, every Sunday from four to 12.
4  Q.  You are saying you didn't hear anybody say, Get
5  up on your bunks?
6  A.  No.
7  Q.  She told me this months down the line.  I
8  happened to see her in the hospital.  I was seeing a
9  doctor and she happened to be the officer that is a
10 rover, that moves inmates around.  She happened to
11 tell me that date that incident that happened that day
12 it wasn't my call, it was above me.  Because inside
13 the Key they have a rotating camera and I guess
14 somebody higher, somebody higher up than her, said
15 they wanted us on our bunks or something.  I don't
16 know.
17 Q.  Did she say who that was?
18 A.  No, she didn't.  She just said, "It was bigger
19 than me, higher up than myself."
20 Q.  What does doing a count involve?
21 A.  Just like it sounds, I guess.  She goes around,
22 goes around -- a head count.
23 Q.  You don't have to do anything during count?
24 A.  No.



Jonathan M. Monk

17

| | | |
|---|---|---|
| 1 | Q. | You are on your bunk and you just sit there? |
| 2 | A. | Yes. |
| 3 | Q. | She is just going around and checking and making sure everybody was there? |
| 5 | A. | Yes. |
| 6 | Q. | Would Officer Johnson be the one doing that? |
| 7 | A. | Yes, she was. |
| 8 | Q. | Does one person do that on the Key house unit? |
| 9 | A. | Yes, just one. |
| 10 | Q. | You are next to your bunk, right? |
| 11 | A. | Um-hum. |
| 12 | Q. | What happened? Was it Officer Johnson that said something to you? Who was it that gave some order? |
| 15 | A. | No. Next thing -- I mean, I never heard Officer Johnson say anything. It was I guess they call it primary and secondary squad, it's like a goon squad or whatever you call them, they came rushing in there and told us we have to go. Grab your stuff, pack your stuff, pack your belongings and come with us. |
| 22 | Q. | Nobody gave any order before the squad showed up? |
| 24 | A. | No. |



WILCOX & FETZER LTD.
Registered Professional Reporters

Jonathan M. Monk

18

1  Q.  Was Officer Johnson there for this?

2  A.  Yeah, yes, she was there. There was like maybe
3  20 officers came running in there and said it was time
4  to havoc or what do you call it? Yeah, chaos.

5  Q.  When they showed up, you were still praying, is
6  that right?

7  A.  I had just finished. The guy next to me was
8  still praying and I had asked the officer -- because
9  he was getting ready to grab him, I said, "Could you
10 not do that? He is almost done."

11 Q.  What did the officer say?

12 A.  And I need to watch myself or something like
13 that. It was a lieutenant named Sabato.

14 Q.  Do you know the names of the other officers who
15 were there when this happened?

16 A.  Lieutenant Sabato and Lieutenant Farmer. She
17 was very ignorant, I mean, very ignorant. Then, the
18 other officers there you are under them. I really
19 don't know none of them, but they're their superiors
20 to all of them.

21 Q.  Lieutenant Sabato and Lieutenant Farmer were
22 the two supervisors?

23 A.  Yes.

24 Q.  When you were told to get your things together,



```
 1  were you already on your bunk?
 2     A.   Yes.
 3     Q.   And what did you do?
 4     A.   I packed my stuff up.  Yeah, they did give us
 5  time to pack our things.  Any other time they would
 6  have just took us -- like if it was a fight or
 7  something, they wouldn't give a person time to pack
 8  their stuff.  It seemed like they already had plans
 9  with what they was going to do with us so that's why
10  they gave us time to pack our stuff.
11     Q.   You said that you said something to I think
12  Lieutenant Sabato to wait because --
13     A.   Yeah, "Please wait, he is about to be
14  finished," because he was about ready to grab him and
15  then he was stepping in front of his prayer rug and
16  you are not supposed to do that.
17     Q.   Now, Lieutenant Sabato said something to you,
18  right?
19     A.   Um-hum.
20     Q.   Did he go ahead and grab the other individual?
21     A.   No, because then the guy had got up.  Well, I
22  asked the guy, you know, Hurry up, you know, no
23  trouble.
24     Q.   Were any of the other inmates who had been
```



Jonathan M. Monk

20

1    praying were they saying anything, were they
2    complaining or protesting?
3        A.   No.  No.  We were pretty much respectable
4    because it's not the first time that anybody under the
5    Moslem faith had been removed from the program.  It
6    happened like a year or so before that.
7        Q.   And do you remember --
8        A.   I wasn't incarcerated then, but I was told that
9    some guys was removed a year or so before that for
10   like similar reasons.  It's really crazy because the
11   program itself tells you to choose a higher power of
12   your understanding or of your likeness and it just
13   seems like -- I mean, I don't know, it's not my fault
14   what is going on in other countries with Moslems, but
15   I'm not that kind of Moslem and there is different
16   sects of Moslem.  It seemed like it was bias toward
17   the Moslem faith, to me.
18       Q.   After you pack your things up what happened?
19       A.   After I packed my things up they lined us up on
20   the wall and then they started, you know, they patted
21   us down and everything and then they walked us on out
22   to the west side of the building.  West side of the
23   building is like where inmates are unsentenced.
24       Q.   Is that pretrial?



WILCOX & FETZER LTD.
Registered Professional Reporters

```
 1    A.    Yes, exactly.  Then, they started dropping us
 2  off at different pods over there and they dropped this
 3  guy off here and dropped this one off here, you know.
 4    Q.    Where did you end up?
 5    A.    I ended up on the pod for about ten minutes and
 6  then ten minutes later they came back and got me and I
 7  ended up being in the segregated housing unit.  For
 8  some reason I was the only one that they took to the
 9  hole out of everybody.  The guy Sabato called me a
10  ring leader, Lieutenant Sabato.  He said, "You're the
11  ring leader," like it's some kind of gang or
12  something.
13    Q.    You were dropped at a pod briefly and then was
14  it Lieutenant Sabato that came back for you?
15    A.    Actually, it was Officer Medford.  He just
16  died, though.  He is not around anymore.
17    Q.    Officer Medford?
18    A.    Yes.
19    Q.    He came back to the pod to get you and took you
20  to segregation?
21    A.    Yes.
22    Q.    Did you talk to him about what was going on?
23    A.    Yeah.  See, what had happened when they sent us
24  to different pods, they said, All right, go -- the
```



Jonathan M. Monk

22

1  officer is going to open up the cell and you are to go
2  into your cell for the rest of the night.  Don't come
3  out your cell for the rest of the night.  My
4  particular door didn't close right away so it was
5  Sunday night and commissary list has to go in on
6  Sunday night.  So, prior I had finished -- I filled
7  one out in the Key, but I didn't get to turn it in.
8         So, my door was open and so I went and took
9  it to the bubble where the officer was at and then in
10 turn I stopped and got some hot water and I was on my
11 way back in the room and Officer Medford he must have
12 done a bed check on me because, like I said, they
13 called me the ring leader.  So, he must have thought I
14 was some rowdy person.
15         Then, he came back and he said, "Didn't we
16 tell you to stay in your room for the rest of the
17 night?"  I said I did.  "Well, I can make sure you
18 stay in your room for the next 15 days or so."
19         I said, "Okay, that's fine, my time is
20 still going to count regardless of wherever you put
21 me."
22         He said, "As a matter of fact pack your
23 S-H-I-T, pack it up and let's go."
24         So I said, "Well, I didn't even get to



WILCOX & FETZER LTD.
Registered Professional Reporters

Jonathan M. Monk

23

1  unpack because I wasn't there." So, it was still in
2  my bundle of sheets and he took me to the hole. I
3  spent about maybe about 15 days in the hole. Then, I
4  had a hearing and the hearing -- the incident report
5  -- the hearing on the incident report was heard and by
6  Sabato too. I don't know, that seemed kind of strange
7  for the same officer to be hearing it.
8      I was found guilty of demonstrations, which
9  really was the same thing as inciting a riot. Seemed
10 like they just had to find us guilty on something. If
11 I didn't get found guilty on inciting a riot, I don't
12 know how I got found guilty on demonstrations. So, it
13 was bigger than me.
14   Q.   Were you charged with inciting a riot as well?
15   A.   What do you mean charged? On the write-up?
16   Q.   Yes.
17   A.   Yes, did say inciting a riot, demonstrations,
18 refusing an order, refusing a direct order, maybe even
19 out of bounds. I'm not exactly sure. I have it at
20 home. So, during the hearing they found me not guilty
21 of inciting a riot and not guilty of the other things
22 and they ended up finding me guilty of demonstrations.
23   Q.   And you contested that, you disagreed with
24 that, right? Did you testify?

Jonathan M. Monk

24

1  A.  No. I just went on with it to get out of the
2  situation because I was in the hole and I wanted to go
3  back to population.
4  Q.  Did you appeal the guilty finding?
5  A.  Did I appeal that one? No, I didn't appeal
6  that because the reason I didn't appeal it was because
7  I had already served the time. They gave me time
8  served of being in the hole. So, it wasn't nothing I
9  would have got out of it.
10 Q.  Once you were removed from segregation where
11 did you go?
12 A.  I went to a pod called 1A and then when I was
13 on 1A classification, somebody from classifications,
14 that's who the lady Pam Minor works for, one of her
15 staff came and interviewed me in there I think. So,
16 I'm thinking that, okay, now I'm going to go back to
17 the Key and get this treatment that I need. Then,
18 next thing you knew a few days later, about less than
19 a week, a week later they moved me to a pod back on
20 the east side, which was called Q pod or R pod, Q or
21 R, one of those. That's where guys is just doing dead
22 time, just flat-out time, you know, which really
23 didn't help me at all.
24 Q.  Is that where you stayed until you were



1  released?
2  A.  Yes, that's where I stayed for the next five
3  months, four months, next five months.  What is really
4  crazy about this situation is that I was court ordered
5  to the Key program.  I was court ordered to there.
6  So, basically a court order was violated, you know,
7  they went against what my judge sentenced me to.  Here
8  it is men that get in physical fights, I know one guy
9  specifically that has been in two different fights and
10 then another guy he gets a dirty urine because he was
11 smoking marijuana in the program, but they get to go
12 back to the program and get treatment.
13 Q.  You have heard of other inmates who had
14 disciplinary findings of guilty and got to return to
15 Key?
16 A.  Yes.
17 Q.  Do you know who any of them were?
18 A.  Yes, one of them his name was Thomas Mitchell.
19 The other guy that got in a fight I have to find out
20 his name.  I know they just called him Fatty.  I just
21 remember his nickname, but he has been in two
22 different fights.  One of the fights I was even there
23 in the program.  He went to the hole and come back.
24         I mean, if that's not -- I mean, like my



1  incident I think they call demonstration is like a
2  class one that is supposed to be not serious. Well,
3  if a fight is not a class one or not serious, then I
4  don't know what it is and he gets to return. I really
5  didn't understand that.
6    Q.  What were the conditions like in segregation?
7    A.  You are locked down in your cell. You stay
8  locked up for -- it's only supposed to be 23 in one,
9  which means 23 hours in and out one day, but for some
10 reason Gander Hill does 47 and one. So, you only come
11 out an hour every other day. That's a violation in
12 itself too, but nobody files any paperwork, you know,
13 so they're getting away with it.
14         Then, they put me in -- I was supposed to
15 be in the single cell. They ended up putting me in a
16 cell with a guy that was supposed to be on protective
17 custody. Like they were challenging my character,
18 challenging me to see if I was violent or something.
19 This guy was in there for molesting children and there
20 is no way he is supposed to be in a cell with another
21 person.
22         I even said to that to Lieutenant Singh.
23 It's like -- he is an Indian so I don't know how you
24 would spell that, but he has been transferred I think

Jonathan M. Monk

27

1   to some other prison there; but, he even came on the
2   pod one day and I said, "Lieutenant Singh, they have
3   me in a cell with a predator, a molester, and, I
4   mean," I said, "I don't think that's right. How do
5   you know if that never happened to somebody in my
6   family or how I feel about that? He is supposed to be
7   in a cell by himself. He is not supposed to be in a
8   cell with nobody else. Anything can happen."
9          He said, "That doesn't necessarily mean
10  that it's true." The man ended up getting convicted
11  of it. To make a long story short, he did get
12  convicted. Like I was put at a test or challenge,
13  which I passed. I mean, I just prayed.
14     Q.   You said you were interviewed by somebody who
15  worked for Pam Minor, is that right?
16     A.   Um-hum.
17     Q.   Do you remember who that was?
18     A.   No.
19     Q.   And at some point were you told that you
20  weren't going to go back to Key?
21     A.   No. This guy told me, he told me like -- he
22  said like in three more days -- he said in about three
23  days myself and a couple other people are going to
24  come and we're going to do a review or something and



WILCOX & FETZER LTD.
Registered Professional Reporters

Jonathan M. Monk

28

1  then you will know for sure, but nobody ever came
2  back.
3      Q.  Did you ever talk to anybody about why you
4  weren't returned to Key?
5      A.  No, but none of the guys from the incident was
6  returned to the Key.
7      Q.  How do you know that?
8      A.  Because I like seen them in jumal on Friday.
9      Q.  That would be in the --
10     A.  In the chapel.  I seen them all in there and
11 they all told me they was on record pods also.
12     Q.  None of the other inmates that had been there
13 during the incident --
14     A.  Was returned.
15     Q.  -- was returned to Key?
16     A.  I mean, some people they volunteer for the Key
17 and me myself I was sentenced in it, sentenced to it,
18 I was court ordered to it.  So, I could see some of
19 the guys that may have volunteered because some people
20 volunteer for the program hoping that by completing it
21 that it will reduce their sentence, you know what I
22 mean?  But me, I was sentenced to there from the court
23 so I really don't understand why I couldn't go back.
24     Q.  Did you ever have a meeting with a counselor?



Jonathan M. Monk

29

```
1    A.   As a matter of fact, yes, I did, yes, I did.
2    Q.   When was that?
3    A.   That was after I was up on the pod and I did --
4  you asked me did I talk to anybody?  I did talk to a
5  counselor and asked why I couldn't go back in.  He
6  said -- he just said -- this guy, he might come into
7  the pod maybe twice a week and here it's like 60 guys
8  on the pod with problems.  So, it's like you tell him
9  your problem and you might not see him for two more
10 weeks and then he finally has your answer.  His answer
11 for me was he didn't know.  I don't understand why you
12 couldn't go back to the program.
13   Q.   Do you know who this was?
14   A.   No, because it was like -- like I said, he
15 might come twice a week, but you can check.  It was on
16 Q, that's what pod I was on, it was the counselor for
17 Q pod.
18   Q.   Do you remember about when this was?
19   A.   This was in between September and October of
20 2004.
21   Q.   Did you ever talk to anyone else about why you
22 were discharged from Key?
23   A.   About why was I?
24   Q.   Yes.
```



WILCOX & FETZER LTD.
Registered Professional Reporters

Jonathan M. Monk

30

1   A.   No.  Maybe different officers, just asking them
2   what did they think.  I mean, they wouldn't have been
3   able to do nothing about it.
4   Q.   Did you file a grievance?
5   A.   I filed many grievances.
6   Q.   Did you file a grievance about the issue of you
7   being discharged from Key?
8   A.   Yes.
9   Q.   And did you file more than one?
10  A.   No.
11  Q.   What was the outcome of the grievance?  Do you
12  remember?
13  A.   Denied.
14  Q.   What did you do after you were given that
15  information?
16  A.   I filed this lawsuit.
17       MS. KELLY:  Could you mark this as Exhibit
18  1.
19       (Document marked for identification.)
20  Q.   I'm going to show you what has been marked as
21  Exhibit 1.  Could you look that over and let me know
22  when you are done looking at it.
23  A.   (Witness complies.)  Um-hum.
24  Q.   Have you seen that before?  You probably didn't

