# EXHIBIT A
# (con't 2)

Jonathan M. Monk

31

1  see it in that typed format.
2     A.   No, not this, but that was my grievance,
3  though.
4     Q.   Other than writing a grievance did you write to
5  anybody else about your situation?
6     A.   I don't believe so because in order -- I
7  believe that was the thing you had to do before filing
8  a suit, I believe.  I believe there may have been all
9  that done.  I mean, I have a lot of paper there, but I
10 don't think so.
11    Q.   Did anybody ever tell you why you were
12 discharged from Key?
13    A.   No, never, never given a reason.
14    Q.   What does it mean to successfully complete Key?
15    A.   Successfully complete means like, you know,
16 doing all the assigned paperwork, putting in the right
17 amount of hours for meetings and treatment.
18    Q.   So, it's sort of like graduating?
19    A.   Yes, you do receive a certificate.
20    Q.   Now, in your complaint you say that you should
21 have -- I may be misunderstanding this, but I think
22 you are saying you should have been released on
23 November 22nd, 2004, but you didn't get out until
24 March 5th, 2005?



WILCOX & FETZER LTD.
Registered Professional Reporters

```
 1    A.    Exactly, that's what I meant.
 2    Q.    Where did the November date come from?
 3    A.    They had it posted up on a bulletin board when
 4  we would be released or when we would complete the
 5  program and my completion date was around -- it was a
 6  week before that, before that 22nd.
 7    Q.    So, your six months in Key would have been up
 8  November 2004, is that right?
 9    A.    Yes.
10    Q.    But you ended up serving a whole year at level
11  five?
12    A.    Yes.
13    Q.    Are you on probation?
14    A.    No, ma'am.
15    Q.    So, you were released just to the street?
16    A.    Oh, then?
17    Q.    Yes.
18    A.    Then, I was released -- they still gave me
19  probation.
20    Q.    But not anymore?
21    A.    No.  I completed that, successfully completed
22  that.  Actually, I haven't been back, incarcerated,
23  since then.  I've been a good boy.
24    Q.    You were released in March 2005 and did you
```



1  start working right away?
2  A.  No.  Right away it was kind of hard for me to
3  get work.  The union hall was kind of slow.  I had
4  little side jobs, odd and end jobs, but nothing like
5  full-time.  Actually, it was under the table, I had
6  under the table jobs, you know.  So, nothing really
7  documented.
8  Q.  And when did you start working regularly
9  through the Local?
10  A.  Probably during the summer.  Probably about
11  three months after that, after my release.  Once the
12  weather broke.
13  Q.  Your pay really fluctuates depending on the
14  weather and availability of jobs, right?
15  A.  Yes.
16  Q.  You are paid by the hour, you don't get like a
17  weekly paycheck?
18  A.  Like a set?
19  Q.  Like a set amount.
20  A.  Like a salary?
21  Q.  Right, you don't get a salary?
22  A.  No.  I might get 32 hours, 40, 60 hours, you
23  know, because sometimes we do six ten's.  You know
24  what I mean by six ten's?  I might get that in, but if



WILCOX & FETZER LTD.
Registered Professional Reporters

Jonathan M. Monk

34

```
 1  the weather is bad -- it depends.  They have some
 2  inside jobs that I haven't been on where they get paid
 3  40-plus hours, but like this job I'm on now it's
 4  outside unfortunately, so.
 5      Q.   In your complaint you are asking for damages of
 6  a thousand dollars a week and how many hours a week is
 7  that based on?
 8      A.   Roughly 50 to 60.
 9      Q.   Do you have an opinion as to why you were
10  removed from the Key program?
11      A.   Um-hum.
12      Q.   What is that, what do you think?
13      A.   I think because of what has been going on in
14  these other countries or something that Moslems are
15  all looked at as the same, you know what I mean?  Like
16  I said, there is different sects of Moslems and I
17  don't follow the sect that harms others like they're
18  doing over there.  I don't follow that sect.  I follow
19  the Sunna or what you might hear a person say he is a
20  Sunni Moslem and that's the person that follows the
21  Koran and hadiths from the Koran.
22           Like that stuff that is going on over there
23  that's like practicing I believe Hislem.  They
24  innervate things that are in the Koran and turning it
```



Jonathan M. Monk

35

1   and twisting it up to make people believe it's
2   something else.  I don't follow that.  I think Moslems
3   get a bad wrap from that.  That's just like in any
4   faith actually, nobody is perfect.  Everybody is, you
5   know, human.  Moslems is always looked at like they
6   got to be so perfect.  Moslems, he got to do this, he
7   got to do that.  No, Moslems have faults too and I
8   think it's just that we are -- we are looked upon
9   differently, I mean, as what is taking place in other
10  places, other countries.
11      Q.  You feel like you were removed from Key because
12  of your religious beliefs?
13      A.  Exactly.  Yeah, because, I mean, prior to that
14  I never had a write-up or anything.  Because the
15  program itself gives you little sanctions also like,
16  say, somebody might be acting out in a program and
17  they're allowed to give you a little sanction for
18  like, okay, you got an essay to do or you lose this
19  privilege.  I never received none of that.  So, it
20  wasn't, you know, like I was an act-out or anything
21  like that.
22      Q.  What has your pain and suffering in this case
23  involved?  That's something you mentioned in your
24  complaint.  I just want to know what you are referring



WILCOX & FETZER LTD.
Registered Professional Reporters

1  to.
2  A.  Well, pain and suffering that me and my family
3  had to endure, that part?
4  Q.  Yes.
5  A.  Well, my children looked forward to me being
6  home at a certain time.  I would tell them, you know,
7  this time daddy is going to be home this day, daddy is
8  going to be home this time; and, then my mother, you
9  know, she is older, getting older and things,
10 financial, you know, financial help that I give her
11 because I had my daughter since she was ten-months
12 old.  Thank God for my mother, too, you know, she has
13 helped raise her and my mother retired actually early
14 at the age of 56.  So, she is on a fixed income.  So,
15 those extra months that I was there they -- I had --
16 they hadn't planned on me being there.
17      Then, the nine-year old started acting out
18 in school.  You know, your physical presence makes a
19 difference in your children's lives regardless of
20 financials and it's like by me telling them a certain
21 time I'm going to be there and then I'm not and it's
22 like oh, no, and just went crazy, I guess.  I don't
23 know what the word to use, but, it affected them very
24 much.

1           Me, it affected me for the simple fact did
2   I choose the right religion, you know what I mean? Is
3   there something wrong with me wanting to be a Moslem?
4   What am I supposed to do? Should I change my faith
5   now? Because this don't really seem fair that I can't
6   get this treatment that I really, really need, you
7   know. So, I was thinking like of changing my faith
8   and everything.
9      Q.   Were you having any physical problems that you
10  would relate to this situation? Were you feeling
11  physically ill or anything like that?
12     A.   No, just mental.
13     Q.   And you told me a little bit about that, is
14  there anything else that you haven't told me about
15  your kind of mental difficulties?
16     A.   Not that I can think of right now.
17     Q.   Now, you have sued Rafael Williams and I want
18  you to tell me why you have named him as a defendant
19  in this lawsuit.
20     A.   For one, because Rafael is a warden of the
21  prison and he himself told the director of the
22  program, the director's name is Sylvester, something
23  Sylvester. He told the director himself that if
24  anybody has a problem being removed from that program

1   to sue him, okay? That was his word. If you want to
2   you can bring Sylvester in as a witness or whatever
3   because Sylvester told us in one of our house
4   meetings, our big old house meeting, that that's what
5   the warden said. You know, if anybody has a problem
6   being removed from this program because they was
7   talking about putting people out for doing this, doing
8   this, and Rafael said if anybody has a problem being
9   removed from the program, tell them to sue me. So, I
10  figured that's what he wanted. Um-hum, he is the boss
11  of everybody so he didn't help try to get me back into
12  a program.
13      Q.  Was it Mr. Sylvester -- is that the last name
14  or first name?
15      A.  I believe that's his last name.
16      Q.  And he was the director of Key?
17      A.  Um-hum.
18      Q.  Why did you sue Pam Minor?
19      A.  I sued Pam Minor because she is the head of
20  classifications and they're the ones that classify you
21  to where you are going to spend your time at in the
22  prison.
23      Q.  Did you ever talk to her?
24      A.  I never talked to her. I was going to sue the



1   classification board, but a member of her staff told
2   me that I don't need to sue the board, I need to sue
3   her, the head of them.  I don't know if I should say
4   the member of her staff's name because that's his job,
5   you know.
6        I was also told when I come home to
7   continue my case because a lot of people come home
8   from being incarcerated and just forget about
9   everything.  Oh, I'm free now, so let that go, but my
10  freedom of religion I believe was violated for one.
11  Q.   Do you think Pam Minor did anything other than
12  being the head of classification?
13  A.   I think she had a decision -- she had the final
14  stamp of approval of whether or not I go back to the
15  program.  I mean, it's just like Rafael is the head of
16  the institution, she is the head of her department.
17  Q.   Is there anything else you want to tell me
18  about why you sued her?
19  A.   No.
20  Q.   How long have you been a Moslem?
21  A.   About five years.  No, six years.  I see they
22  have trial by demand on all the paperwork now, all my
23  paperwork says trial by demand.
24  Q.   Trial by jury.



1   A.   Oh, okay.
2   Q.   The officers that removed from you the Key
3   dorm, was that the QRT?
4   A.   Primary and secondary, they called both of
5   them.
6   Q.   You said there were 20 people there?
7   A.   At least.
8   Q.   When you were put onto the regular housing unit
9   and taken from Key, are the living conditions any
10  different?
11  A.   I mean, you are in cells, two-man cells.
12  Q.   Did you have basically the same sort of
13  privileges?
14  A.   Yes, pretty much.  I mean, it's just your time
15  is just -- I mean, it's just doing dead time, you are
16  not getting nothing out of it.
17  Q.   You weren't given the chance to do any kind of
18  program?
19  A.   No.
20  Q.   Is there anything else you want to tell me
21  about your lawsuit that I haven't asked you?
22  A.   No.
23  Q.   Just to tell you where the case is at my
24  summary judgment motion is due in about a month,

1  sometime in December, I can't remember when, and
2  basically that will be the opportunity if I choose to
3  do it to go to the court and ask the court to decide
4  the claims before it goes to trial. That's where the
5  case is at procedurally. We don't have a trial date
6  yet.
7        What I can do for you is send you a copy of
8  this transcript after I get it if you would want that.
9     A.   Yes.
10    Q.   Would you like the opportunity to read it over
11 and let me know if there are any errors in it?
12    A.   What you just wrote?
13    Q.   No, what the court reporter takes down, if you
14 see any typos or anything that is misspelled.
15    A.   No, I'll wait until you send it.
16    Q.   Once you have it and you are reading it over
17 there is a piece of paper where you can write down
18 mistakes that you see. Is that something you would
19 like to do?
20    A.   Yes.
21        MS. KELLY: I think I'm pretty much done, I
22 don't have any other questions for you today.
23        (The deposition was concluded at 2:22 p.m.)
24

```
 1                        I N D E X

 2   DEPONENT:  Jonathan M. Monk              PAGE

 3
         Examination by Ms. Kelly              2
 4

 5                       E X H I B I T S

 6
     DEFENDANT'S DEPOSITION EXHIBITS          MARKED
 7

 8   Exhibit 1   Document enitled "Grievance
                 Report"                        30
 9

10   ERRATA SHEET/DEPONENT'S SIGNATURE        PAGE 43

11   CERTIFICATE OF REPORTER                  PAGE 44

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1
 2
 3        REPLACE THIS PAGE
 4        WITH THE ERRATA SHEET
 5        AFTER IT HAS BEEN
 6        COMPLETED AND SIGNED
 7        BY THE DEPONENT.
 8
 9
10
```

```
                                                              44
1   State of Delaware    )
                         )
2   New Castle County    )
3
4                  CERTIFICATE OF REPORTER
5
            I, Christina M. Vitale, Certified Shorthand
6   Reporter and Notary Public, do hereby certify that
    there came before me on November 22, 2006, the
7   deponent herein, Jonathan M. Monk, who was duly sworn
    by me and thereafter examined by counsel for the
8   respective parties; that the questions asked of said
    deponent and the answers given were taken down by me
9   in Stenotype notes and thereafter transcribed by use
    of computer-aided transcription and computer printer
10  under my direction.
11          I further certify that the foregoing is a true
    and correct transcript of the testimony given at said
12  examination of said witness.
13          I further certify that I am not counsel,
    attorney, or relative of either party, or otherwise
14  interested in the event of this suit.
15
16
17               Christina M. Vitale, CSR
                 Certification No. 261-RPR
18              (Expires January 31, 2008)
19
    DATED:
20
21
22                                          
23
24
```

WILCOX & FETZER LTD.
Registered Professional Reporters

# EXHIBIT 1

**HRYCI Howard R. Young Correctional Institution**
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 03/01/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MONK, JONATHAN M | SBI# : 00200881 | Institution : HRYCI |
| Grievance # : 6038 | Grievance Date : 08/15/2004 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Disciplinary | Incident Date : 08/15/2004 | Incident Time : 20:06 |
| IGC : Moody, Mary | Housing Location : | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was falsely accused of the following: Demonstrations, Inciting a riot, Failing to obey an order and Off limits when I made prayer beside my bunk. Officer K. Johnson has never had a problem with anyone making prayer by their bunk any time before this day.

**Remedy Requested :** To be placed back in the Key Program (Dorm 2) and an apology from the Officer. Also all violations be dismissed.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| Staff | | Paige, Kelli |

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : NO        Date Received by Medical Unit :
Investigation Sent :          Investigation Sent To :
Grievance Amount :

DEPOSITION EXHIBIT #1 for id 11/22/06-CMV

HRYCI Howard R Young Correctional Institution   Date: 03/02/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MONK, JONATHAN M | SBI# : 00200881 | Institution : HRYCI |
| Grievance # : 6038 | Grievance Date : 08/15/2004 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 08/15/2004 | Incident Time : 20:06 |
| IGC : Moody, Mary | Housing Location : | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date                 :_____

Witness (Officer)    :_____

1301 E. 12th Street
**WILMINGTON DE, 19809**
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MONK, JONATHAN M | SBI# : 00200881 | Institution : HRYCI |
| Grievance # : 6038 | Grievance Date : 08/15/2004 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Disciplinary | Incident Date : 08/15/2004 | Incident Time : 20:06 |
| IGC : Moody, Mary | Housing Location : | |

### IGC

Medical Provider:     Date Assigned

Comments:
Non-grievable - disciplinary

[ ] Forward to MGC           [ ] Warden Notified

[ ] Forward to RGC           Date Forwarded to RGC/MGC : 08/19/2004

[x] Offender Signature Captured   Date Offender Signed      :

Page 3 of 3