# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN M. MONK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1358-SLR |
| | ) | |
| WARDEN RAFAEL WILLIAMS, and | ) | |
| PAM MINOR, | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF PAMELA MINOR

I, Pamela Minor, having been duly sworn according to law, depose and state as follows:

1. I make this Affidavit based upon personal information.

2. I am employed by the State of Delaware's Department of Correction as a Treatment Administrator at the Howard R. Young Correctional Institution ("HRYCI") in Wilmington, Delaware.

3. Plaintiff Jonathan Monk ("Plaintiff") was discharged from the Key drug treatment program at HRYCI on August 15, 2004. He was discharged for reasons unrelated to his religious beliefs.

4. His Discharge Summary from the Key program indicates that he did not respect authority and did not work diligently on his treatment objectives. *See* Exhibit 1 attached hereto.

5. Further, he was found guilty of engaging in a Demonstration, which is a Class 1 disciplinary infraction and which implicates the security of the institution. This guilty finding increased his risk assessment points and increased his security level classification. *See* Exhibits

2 and 3 attached hereto.

6.  I was part of the Institutional Based Classification Committee ("IBCC") that, on September 14, 2004, approved the recommendation of the Multi-Disciplinary Team ("MDT") that Plaintiff's Key program classification by rescinded. That approval was based on the factors set forth herein.

*Pamela Minor*

SWORN AND SUBSCRIBED before me this __11__ day of January, 2007.

*Roderick Johnson*
Notary

# EXHIBIT 1



Civigenics – Delaware Key/Crest/Aftercare Programs    Client Name: JOHNATHAN MONK

## DISCHARGE SUMMARY

CiviGenics, Inc.

Assessment of what brought the client to treatment:

| Substance Abuse and Treatment History: | ALCOHOL, MARIJUANA, COCAINE, HEROIN <br><br> NEW JERUSALEM - 4/98 - 6 MTHS. COMPLETED <br><br> CREST NORTH - 5/03 - ½ 3 MTHS. - INCOMPLETE |
|---|---|
| Current Legal offense that lead to tx: | VOP |
| Past Legal History: | - POSSESSION, USE, CONSUMPTION - NARCOTICS - 2002 <br> - DELIVERY WITHIN 1,000 FEET OF SCHOOL - 2004 |

Issues identified on the Treatment Plan

| Primary Issues identified during Tx: | POLYSUBSTANCE ABUSE - MARIJUANA, COCAINE & HEROIN <br> CRIMINAL BEHAVIORS - DRUG SALES <br> GRIEF ISSUES. |
|---|---|
| Progress made on primary Tx issues: | CLIENT MADE MINIMAL PROGRESS ON HIS TX OBJECTIVES. |

Updated - 7/26/04 DE State Office

2

**Civigenics – Delaware Key/Crest/Aftercare Programs**    Client Name: JOHNATHAN MONK

## DISCHARGE SUMMARY

**CiviGenics, Inc.**

| Issues not resolved on Tx plan: | CLIENT NEEDS TO CONTINUE WORKING ON ALL IDENTIFIED TX OBJECTIVES. |
|---|---|

| Prognosis: (check one) | Good | |
|---|---|---|
| | Fair | |
| | Poor | X |

| Reason for Prognosis: | CLIENT DOESN'T RESPECT AUTHORITY. He FAILED TO WORK DILIGENTLY ON HIS TX OBJECTIVES. |
|---|---|

**Recommendations:**

| 1. | Client to attend support group to assist in remaining free from substance abuse. |
|---|---|
| 2. | Client to remain crime free using professional and non-professional support systems. |
| 3. | CLIENT TO FOLLOW THE PRESCRIBED DOC REQUIREMENTS |
| 4. | |
| 5. | |

**Signatures:**

| Client: | NOT AVAILABLE TO SIGN | Date: | |
|---|---|---|---|
| Counselor: | Ken H___, Counselor | Date: | 8/20/04 |
| Supervisor: | Frank Caston, CADC | Date: | 8/20/04 |
| Director: | (signature), MS CADC (Where Appropriate) | Date: | 8/27/04 |

# EXHIBIT 2

Case 1:04-cv-01358-SLR   Document 26-5   Filed 01/12/2007   Page 7 of 12

# LIFE SKILLS PLAN
## (LSP)

Offender Name: Monk, Jonathan        SBI #: 00200881

Offense: VOPr (Del. w/i 1000' Sch)

**✱ INITIAL PLAN**        ___ UPDATED/REVISED PLAN

**IDENTIFIED PROBLEMS**
1. 
2. Substance abuse: Heroin & Cocaine
3. 
4. 
5. 

## RECOMMENDED TREATMENT GOALS AND MODALITY

1. 
2. Substance abuse txtmnt (Key)
3. 
4. 
5. 

## COMMENTS

✱ DOE 5/21/04 d/cd 8/15/04 for Demonstration 1·05.
- Was initially considered a short term Key participant.
- Seems genuinely remorseful for action leading to txtmnt termination

Barnabas Malawi        09-02-04
Classification Worker        Date

NOTE: The initial plan is to be developed at initial classification. Changes to that plan, accomplishments and revisions are to be documented at reclassification and maintained in the client's file. Comments should include the date treatment/program began and outcomes, along with other information. Institutional Work Assignments are NOT to interfere with treatment planning.

# EXHIBIT 3

# CLASSIFICATION DECISION PAGE

Routine Classification     Maintenance Review

Name: **MONK, JONATHAN**     SBI#: **00200881**

Risk Assessment Scale:

| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -2 to 04 | 05 - 08 | 09 - 16 ⓐ | 17 or more |

Override: Yes ___ No **X**   If yes, briefly specify reason: _____

Mandatory Policy Override Removal Approved By Warden/Designee _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Minimum | Medium | approved | | |
| Housing | | | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | Key North | Rescind Key | approved | | |
| Other | | | | | |
| Other | | | | | |
| Next Review Date | 11/2004 | Month/Year / | Month/Year - / - | Month/Year / | |

MDT or ICB MEMBERS PRESENT: H. Jones, F. Levy & B. Malaws    Vote: 3-0   Abstention:

MDT or ICB CHAIRPERSON: H. Jones    Date: 09-09-04

MDT or ICB COMMENTS:

IBCC CHAIRPERSON: [signature]    Date: 9-14-04    Vote: 4-0   Abstention:
Override (include justification in comments)   Comments:

CICB CHAIRPERSON:    Date:    Vote:   Abstention:
Override (include justification in comments)   Comments:

IRCB CHAIRPERSON:    Date:    Approved: Disapproved:
Override (include justification in comments)   Comments:

DELAWARE DEPARTMENT OF CORRECTION
RECLASSIFICATION FORM (WOMEN AND MEN)

OFFENDER NAME: **Monk** (LAST) **Jonathan** (FIRST) **_** (MIDDLE INITIAL)    SBI #: **200881**    DOB: **1/5/67**    DATE: **9/2/04**
INSTITUTION: **HRYCI**    Prior Classification Date: **5/19/2004**
CURRENT SECURITY: ✗ Community  (Minimum)    ___ Minimum    ___ Medium    ___ Maximum
SENTENCE LENGTH: **1 year**    EFF. DATE: **3/30/04**    STRD: **3/5/05**    PED: **-/-/-**    TIS: ✓    NON-TIS: -0-

## RISK REASSESSMENT

**SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED**    VOPr (Del. w/i 1000' Sch)
- Low Severity .......... 0
- Moderate Severity .......... 2
- High Severity .......... 4
- Highest Severity .......... 6    **0**

**OTHER OFFENSES/BAIL STATUS**    Other Offenses(s)/Bail Amount: **None**
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 .......... 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .......... 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more .......... 4    **0**

**ESCAPE/FAILURE TO APPEAR (FTA) HISTORY**    Escape History: **None** (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL .......... 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years .......... 2
- Attempted escape from a secure correctional institution within the past 5 years or escape from a secure facility ten + years ago .. 3
- Escape from a secure correctional institution within the past ten years .......... 5    **0**

**CURRENT AGE**    Current Age: **37**
- Age 39+ .......... 0
- Age 23 years or less .......... 1
- Age 28-38 .......... 2
- Age 24 - 27 .......... 3    **2**

**SEVERITY OF CRIMINAL HISTORY IN THE LAST 5 YEARS**    Most Serious Prior Felony Conviction **None**
- No prior conviction .......... 0
- Low Severity conviction .......... 0
- Moderate Severity conviction .......... 2
- High Severity conviction .......... 3
- Highest Severity conviction .......... 4    **0**

**NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT** (since initial or last regular reclassification) **One**
- None .......... 0
- 1 Disciplinary Finding of Guilt .......... 2
- 2 - 3 Disciplinary Findings of Guilt .......... 3
- 4+ Disciplinary Findings of Guilt .......... 5    **2**
Actual Number of Class I Disciplinary Findings: **One**

**INSTITUTIONAL MISCONDUCT HISTORY** (Consider institutional reports during last 5 years.)
- First incarceration or no prior Major/Class I Institutional Reports .......... 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 36 months .......... 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 36mths .......... 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months .......... 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months .......... 7    **3**
Most Serious Institutional Misconduct Report: **1.05 Demonstration**
Date of Most Serious Misconduct Report: **8/15/04**

Last revised 8/18/03 11:37 AM

28

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS    Program Status: D/C'd from Key 8/15/04

Completed all recommended program(s) AND is currently working ............................................. -2
Completed some programs, is working and on waiting list for other recommended programs ......... -1
Enrolled in recommended program or no treatment recommended and is working ..................... .0
Medically discharged/excused or successfully completed all recommended programs ................. .0
On waiting list for recommended program and work, due to lack of availability ............................. .0
Dropped out or failed to complete or was dismissed from program and/or work prior to completion ....... .2
Unsuccessful (refused work and/or program participation) ................................................................. 3        2

RISK REASSESSMENT SCORE: 9

RISK ASSESSMENT SCALE:
Community/Minimum    Minimum    Medium    Maximum
-02 to 04              05 - 08    09 - 16   17 or more

Preliminary Security Level (Check scored security level)

____ Community/Minimum    ____ Minimum    ✱ Medium    ____ Maximum

OVERRIDES:

Any one of the conditions listed below may serve as basis for an override, resulting in higher or lower security than indicated by the preliminary score. (Check all that apply and comment as deemed appropriate.)

____ Protective Custody or Need for separation from General Population: _____
____ Documented membership in security threat group _____
____ Pending institutional reports under investigation _____
____ Notorious/high profile case _____
____ Physical/Medical limitations that could affect housing placement _____
____ Time to Serve: _____
____ Other, include Mandatory Policy Override (specify): _____

Recommended Security Level (Check recommended security level.)

____ Community/Minimum    ____ Minimum    ✱ Medium    ____ Medium/MPO    ____ Maximum

Barnabas Malauś                                        09-02-04
Correctional Worker                                     Date

Comments: _____

Final Security Level (Check appropriate security level)

____ Community/Minimum    ____ Minimum    ✓ Medium    ____ Continue Medium - MPO    ____ Maximum

[signature]                                             9/3/04
Classification Officer/Unit Supervisor (signature required for overrides; optional for other decisions)    Date

NOTE: Classification Officer/Unit supervisor may change recommendation of classification worker, but must provide written justification.

Comments: _____

Housing Assignment: _____    Next Classification Date: _____
                                                                (month and year)
*Program Assignment(s): _____
*Work Assignment: _____
*Changes: _____

Last revised 8/18/03 11:37 AM                29