# EXHIBIT E

| STANDARD OPERATING PROCEDURE | POLICY NUMBER | PAGE NUMBER |
|---|---|---|
| DEPARTMENT OF CORRECTION<br>BUREAU OF PRISONS<br>MULTI-PURPOSE CRIMINAL JUSTICE FACILITY | 120.05 | 1 OF 2 |
| EFFECTIVE DATE:   JANUARY 1, 2001 | OPR:  OFFENDER RIGHTS | |
| APPROVED BY WARDEN: | SUBJECT: OFFENDER  GRIEVANCES | |
| REFERENCES: | | |

**I.  POLICY:**  It is the policy of MPCJF offenders with complaints concerning conditions of confinement or facility policies and procedures that cannot be informally resolved by staff will be afforded the opportunity to file a formal grievance in writing.

**II.  SCOPE:**  This procedure shall apply to all Multi-Purpose Criminal Justice Facility personnel.

**III. PROCEDURE:**

    A.  Offender Grievance Rights -  Offenders shall have the following rights:

        1.  The right to file a complaint regarding treatment, administrative procedures, incidents,  and medical care.

        2.  The right to seed judicial or administrative redress without fear of reprisal or punitive segregation.

        3.  The right to receive a response to complaints of a serious nature.

        4.  The right to receive a written response.

    B.  Submission of Offender Grievance

        1.  Complaints that cannot be resolved by the Housing Unit officer or the shift/floor supervisor may then be addressed by the offender via an Inmate Grievance form obtained from the housing unit officer.

        2.  When filing a grievance, offenders shall fill out the form to include the following:

            a.  The nature of the complaint.  The statement must be specific, including the date, time and location where the incident occurred.

            b.  The rules, regulations, policies or circumstances about which the offender is filing the grievance.

            c.  The date the grievance is being filed.

            d.  Signature of the offender.

| STANDARD OPERATING PROCEDURE | POLICY NUMBER | PAGE NUMBER |
|---|---|---|
| DEPARTMENT OF CORRECTION BUREAU OF PRISONS MULTI-PURPOSE CRIMINAL JUSTICE FACITITY | 120.05 | 2 OF 2 |
| SUBJECT:          OFFENDER GRIEVANCE | | |

3. The grievance must be filed no later than 5 days from the date on which the basis for the complaint occurred unless it was not feasible to file within such period.

4. All grievances will be submitted to the grievance officer.

5. Offenders may apply through the courts for relief but should first exhaust all facility administrative grievance and appeal procedures.