Monk v. Williams, et al
1:04-cv-1358

Feb. 14, 2007

Honorable Judge Sue L. Robinson:

    I'm due to answer the states brief on Feb. 19, 2007. I'm currently waiting on a response from the ACLU to see if they'd represent me.

    Currently I'm a resident at a Recovery Center in Philadelphia. I been in this process since Dec. 14, 2007 and the first sixty (60) days no one is allowed to use the phone or travel alone (Blackout Period).

    So I'm asking the courts mercy in granting me an extentsion; in order to see if the ACLU will take my case. Or if your Honor could appoint me someone to assist me would be greatly appreciated.

Thank You,

Jonathan Monk



FILED

FEB 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Mr. Jonathan M. Monk
2624 N. 20th St.
Phila, Pa 19121

PHILADELPHIA PA 191

14 FEB 2007 PM 5 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570
19801+3570