IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1358-SLR |
| ) | |
| WARDEN RAFAEL WILLIAMS and ) | |
| PAM MINOR, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Jonathan Milton Monk, was a prisoner incarcerated within the Delaware Department of Correction at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on October 26, 2004, this court entered an order granting leave to proceed in forma pauperis, requiring plaintiff to pay the $150.00 filing fee as determined by statute, and requiring plaintiff to pay an initial partial filing fee of $7.20 (D.I. 4, 6);

WHEREAS, to date plaintiff has paid $36.05 towards the filing fee owed;

WHEREAS, on February 15, 2007, the court received plaintiff's change of address indicating that he is no longer incarcerated;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed.Appx.

429 (3d. Cir. 2003).

THEREFORE, at Wilmington this ___17th___ day of April, 2007, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the balance of the filing fee owed ($113.95) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE