May 1, 2007

To: Honorable Sue L. Robinson

From: Jonathan M. Monk   1:04-cv-1358

    Enclosed is a letter from the program that I'm in and why I'm unable to pay my filing fee at this time.

    Also, I've been unable to obtain anyone to represent my case. If the court has any suggestions or could appoint me a representative, I'd greatly appreciate it.

    Thank You Much,

    Jonathan M. Monk



FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

*New Jerusalem Now* ✦ *Building a new society in the shell of the old*

April 30, 2007

RE: Jonathan Monk

To Whom It May Concern:

Mr. Jonathan Monk is a resident of our program New Jerusalem Now. This program is designed to assist those who are determined to achieve stability in recovery. Mr. Monk entered our program on December 14, 2006. His address is Peter House Men at 2024 N. 20th Street Philadelphia, Pennsylvania 19121. He is working on recovery from drugs as well as learning to take responsibility for his actions past and present.

This is a brief synopsis of New Jerusalem:

The Peter House Program is for six months to one year, with the option of transferring to our Advanced Recovery Program sometime after finishing the initial six months commitment. Also residents are unable to work during the first six months. This is a non-denominational facility. The Program Director Sister Margaret McKenna conducts Bible Study Monday-Friday from 8-9 every morning. During the first two months of black out, the client begins the Alternative to Violence Project (AVP) to work on issues that contributes to their addiction. New Jerusalem is a supportive environment as well as a community that encourages individual commitment to recovery. Another important element of our treatment plan is the professional counseling from our staff and Men & Women For Human Excellence, which provides additional groups, counseling, and service. We also conduct random urinalysis as well.

Mr. Monk has demonstrated sincerity and determination in his participation in our recovery program. He is a fine young man with lots of potential. He entered our program on his own free will and has received his certificates for basic AVP, as well as attending parenting classes and Men & Women for Human Excellence. outpatient treatment. Mr. Monk also participates in our community service program, which we conduct daily from 1-3:30, in our effort to help beautify our neighborhood.

If further information is needed, please feel free to contact myself, or Gary Robbins at 215-763-8806.

Respectfully,

Akobiwa Bilal
Executive Secretary, New Jerusalem Now

*New Jerusalem Now* ✦   *Building a new society in the shell of the old*

2011 West Norris Street ✦ Philadelphia ✦ PA 19121 ✦ phone 215-763-8806 ✦ fax 215-763-3380

Jonathan Monk
2604 N. 26th St.
Phila, PA 19121

PHILADELPHIA, PA 191
02 MAY 2007 PM 2 L

Office of the Clerk,
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570