IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1358-SLR |
| ) | |
| WARDEN RAFAEL WILLIAMS and ) | |
| PAM MINOR, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Jonathan Milton Monk, was a prisoner incarcerated within the Delaware Department of Correction at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on October 26, 2004, this court entered an order granting leave to proceed in forma pauperis, requiring plaintiff to pay the $150.00 filing fee as determined by statute, and requiring plaintiff to pay an initial partial filing fee of $7.20 (D.I. 4, 6);

WHEREAS, on February 15, 2007, the court received plaintiff's change of address indicating that he is no longer incarcerated;

WHEREAS, on April 19, 2007, the court entered an order for plaintiff to either pay the balance of the filing fee owed ($113.95) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis;

WHEREAS, on May 1, 2007, plaintiff submitted a letter with exhibit indicating

that he is unable to pay the filing fee owed and requesting appointment of counsel (D.I. 30);

THEREFORE, at Wilmington this 9th day of May, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff is given an additional thirty days from the date of this order to submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis. The clerk of the court shall provide a copy of the form to plaintiff. **Given plaintiff's representation that he is unable to pay the filing fee owed, Plaintiff is placed on notice that he must to timely comply with this order by submitting a new application to proceed in forma pauperis or face dismissal of this case without prejudice.**

2. Plaintiff's motion for appointment of counsel is denied without prejudice.

                                               _/s/ Sue L. Robinson_
                                               UNITED STATES DISTRICT JUDGE