IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1358-SLR |
| | ) |
| WARDEN RAFAEL WILLIAMS and PAM MINOR, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of May, 2007, the court having considered the new application to proceed without prepayment of fees under 28 U.S.C. § 1915 filed on May 17, 2007 (D.I. 32);

IT IS ORDERED that the application is GRANTED. Plaintiff is not required to pay the balance of the previously assessed filing fee.

_____
United States District Judge