August 31, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Monk v. Williams, et al.
             C.A. No. 04-1358- SLR

Dear Judge Robinson:

Pursuant to this Court's Order dated July 18, 2007 [D.I. 34], Plaintiff's Answering Brief in response to Defendants' Motion for Summary Judgment was due August 17, 2007. Defendants' Reply Brief is due today, August 31, 2007.

This is to advise the Court that, because Plaintiff has not filed an Answering Brief, Defendants will not be filing a Reply Brief at this time.

Undersigned counsel is available if the Court requires additional information.

                                Respectfully,

                                /s/ Eileen Kelly

                                Eileen Kelly
                                Deputy Attorney General

cc:  Jonathan Milton Monk