IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1358-SLR |
| | ) |
| WARDEN RAFAEL WILLIAMS and | ) |
| PAM MINOR, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 27th day of September, 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that State defendants' motion for summary judgment (D.I. 26) is granted. The clerk of the court is directed to enter judgment for defendants and against plaintiff.

_____
United States District Judge