IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1358-SLR |
| ) | |
| WARDEN RAFAEL WILLIAMS and ) | |
| PAM MINOR, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 27, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Warden Rafael Williams and Pam Minor and against plaintiff Jonathan Milton Monk.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: September 28, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(By) Deputy Clerk