

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MILTON MONK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1358-SLR |
| ) | |
| WARDEN RAFAEL WILLIAMS and ) | |
| PAM MINOR, ) | |
| ) | |
| Defendants. ) | |

Jonathan Milton Monk, Wilmington, Delaware, pro se Plaintiff.

Eileen Kelly, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Counsel for Defendants Warden Rafael William and Pam Minor.

**MEMORANDUM OPINION**



September 27, 2007
Wilmington, Delaware